**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  **Anthony Romail Raymore**               Case Number: 06-30092
                                                 Chapter :   13

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**
_____

      Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

_____                    **Amount of Dividend**
**Anthony Romail Raymore**                       **$ 118.65**
**2930 McManaway Drive**
**Midlothian, VA  23112**


                                                 \S\ Robert E. Hyman
**Dated: October 28, 2011**                      _____
                                                 **(Signature of Trustee)**

                                                 **Robert E. Hyman**
                                                 **Standing Chapter 13 Trustee**
                                                 **P.O. Box 1780**
                                                 **Richmond, VA. 23218-1780**